**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **SUSAN L. WALLINGFORD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:08CV57** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JEFF OLSON, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court following a telephone conference with counsel for the parties on October 20, 2008.

**IT IS ORDERED:**

The plaintiff shall schedule a telephone planning conference within ten (10) business days following the court's ruling on pending motions for summary judgment (Filing Nos. 55 and 65) with all counsel of record and the undersigned magistrate judge for the purpose of scheduling this matter to trial.

DATED this 21st day of October, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge