IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN L. WALLINGFORD, et al., | ) |
| | )     8:08CV57 |
|         Plaintiffs, | ) |
| | ) |
| vs. | )     ORDER |
| | ) |
| JEFF OLSON, et al., | ) |
| | ) |
|         Defendants. | ) |

This matter is before the court *sua sponte*.

On October 21, 2008, the court directed the parties to schedule a telephone planning conference within ten (10) business days following the court's ruling on pending motions for summary judgment. **See** Filing No. 71. On January 28, 2009, the court ruled on the motions for summary judgment. **See** Filing No. 72. The defendants have filed an interlocutory appeal of that order. **See** Filing No. 73. Therefore,

**IT IS ORDERED:**

1. This matter is stayed pending the court's ruling on the interlocutory appeal (Filing No. 73).

2. The plaintiffs shall schedule a telephone planning conference within ten (10) business days following the court's ruling on the interlocutory appeal (Filing No. 73) with all counsel of record and the undersigned magistrate judge for the purpose of scheduling this matter to trial, if needed.

DATED this 6th day of February, 2009.

                                              BY THE COURT:

                                            s/Thomas D. Thalken
                                            United States Magistrate Judge