IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN L. WALLINGFORD and GREG E. HAJEK,<br>          Plaintiffs,<br>     vs.<br>JEFF OLSON, in individual and official capacities; JEROME STEWART, in individual and official capacities; LENNIE HILTNER, in official capacity as Chief of Police, City of Schuyler; LYNN L. BLUM, in official capacity as sheriff, County of Colfax; and SCOTT WIMER, in individual and official capacities,<br>          Defendants | CASE NO: 8:08CV57<br><br>ORDER |

Before the Court is the Joint Motion and Stipulation for Judgment of Dismissal between Plaintiff Greg E. Hajek and Defendants City of Schuyler, Lennie Hiltner, Jerome Stewart and Scott Wimer.   Upon consideration of the Joint Motion and Stipulation, the Court finds that an order should be entered accordingly.

WHEREFORE, IT IS ORDERED that Plaintiff Greg E. Hajek's Complaint and all claims stated therein against Defendants City of Schuyler, along with Lennie Hiltner, Jerome Stewart and Scott Wimer in their individual and official capacities, be dismissed with prejudice and with costs taxed to the parties incurring the same.  All actions between Susan L. Wallingford and Defendant Jeff Olson remain active and are currently pending in the United State Court of Appeals for the Eighth Circuit (09-1271).

DATED this 23rd day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge